# Court of Appeals
# of the State of Georgia

ATLANTA, April 01, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0304. TIMOTHY LITTLEJOHN v. JUDICIAL QUALIFICATIONS COMMISSION et al.**

On February 2, 2022, Timothy Littlejohn filed this application for discretionary review of the trial court's December 23, 2021 order denying his filing of a civil suit.[1] We lack jurisdiction because the application is untimely.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As Littlejohn filed this application 41 days after entry of the order at issue, the application is untimely and is hereby DISMISSED. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/01/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] Littlejohn filed his application in the Georgia Supreme Court, which transferred it here.